Holwell, J

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FBR INC. SECURITIES LITIGATION ) | Electronically Filed |
| ) | |
| ) | Master File No. 1:05-CV-04617-RJH |
| This document relates to: ) | |
| ) | USDC SDNY |
| ) | DOCUMENT |
| LEMON BAY PARTNERS, LLP, ) | ELECTRONICALLY FILED |
| ) | DOC #: _____ |
| Plaintiff, ) | DATE FILED: 7/8/08 |
| ) | |
| v. ) | 05-CV-4818 |
| ) | |
| ERIC F. BILLINGS, EMANUEL J. FRIEDMAN, and ) | |
| and KURT R. HARRINGTON, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FRIEDMAN, BILLINGS, RAMSEY GROUP, INC., ) | |
| ) | |
| Nominal Defendant. ) | |
| ) | |
| And ) | |
| ) | |
| WALTER BOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-9744 |
| ) | |
| ERIC F. BILLINGS, EMANUEL J. FRIEDMAN, ) | |
| KURT R. HARRINGTON, W. RUSSELL RAMSEY, ) | |
| DANIEL J. ALTOBELLO, PETER GALLAGHER, ) | |
| STEPHEN D. HARLAN, RUSSELL C. LINDNER, ) | |
| WALLACE TIMMENY, and JOHN T. WALL, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FRIEDMAN, BILLINGS, RAMSEY GROUP, INC., ) | |
| ) | |
| Nominal Defendant. ) | |



RECEIVED JUL 2 2008 CHAMBERS OF RICHARD J. HOLWELL

## [Proposed] ORDER OF DISMISSAL

For the reasons provided in the motion to dismiss (the "Motion"), and memorandum in support, of nominal defendant Friedman, Billings, Ramsey Group, Inc. and individual defendants Eric F. Billings, Emanuel J. Friedman, Kurt R. Harrington, W. Russell Ramsey, Daniel J. Altobello, Peter Gallagher, Stephen D. Harlan, Russell C. Lindner, Wallace Timmeny, and John T. Wall (collectively, "Defendants"), the Motion is hereby GRANTED and the two remaining actions consolidated under this master docket (the above-captioned *Lemon Bay*, 05-CV-4818, and *Boyle*, 05-CV-9744, actions) are DISMISSED WITH PREJUDICE.

Dated: 7/7/08

_____
The Honorable Richard J. Holwell
United States District Court Judge