HOLWELL, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re FBR INC. SECURITIES LITIGATION ) | Electronically Filed |
| ) | |
| ) | Master File No. 1:05-CV-04617-RJH |
| This document relates to: ) | |
| ) | |
| LEMON BAY PARTNERS, LLP, ) | |
| Plaintiff, ) | |
| v. ) | 05-CV-4818 |
| ERIC F. BILLINGS, EMANUEL J. FRIEDMAN, and ) | |
| and KURT R. HARRINGTON, ) | |
| Defendants, ) | |
| and ) | |
| FRIEDMAN, BILLINGS, RAMSEY GROUP, INC., ) | |
| Nominal Defendant. ) | |
| And ) | |
| WALTER BOYLE, ) | |
| Plaintiff, ) | |
| v. ) | 05-CV-9744 |
| ERIC F. BILLINGS, EMANUEL J. FRIEDMAN, KURT R. HARRINGTON, W. RUSSELL RAMSEY, DANIEL J. ALTOBELLO, PETER GALLAGHER, STEPHEN D. HARLAN, RUSSELL C. LINDNER, WALLACE TIMMENY, and JOHN T. WALL, ) | |
| Defendants, ) | |
| and ) | |
| FRIEDMAN, BILLINGS, RAMSEY GROUP, INC., ) | |
| Nominal Defendant. ) | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08



RECEIVED
AUG 20 2008
CHAMBERS OF
RICHARD J. HOLWELL

## [PROPOSED] JUDGMENT

Defendants having moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the remaining complaints in the above-captioned actions, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court on July 7, 2008 having rendered its Order of Dismissal granting defendants' motion to dismiss, it is,

**ORDERED, ADJUDGED, AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated July 7, 2008, defendants' motion to dismiss is granted.

Dated: New York, New York
August 26, 2008

SO ORDERED:

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____